JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAREN BARTOLONE and STEVE BARTOLONE,<br><br>Plaintiffs,<br><br>v.<br><br>OCWEN LOAN SERVICING, LLC,<br><br>Defendant. | Case No.: 8:17-cv-00821-JLS-JDE<br><br>**ORDER GRANTING STIPULATION TO DISMISS ACTION WITH PREJUDICE** |

IT IS HEREBY ORDERED, pursuant to the Stipulation of Plaintiffs Karen Bartolone and Steve Bartolone, and Defendant Ocwen Loan Servicing, LLC (collectively "the Parties"), that:

1. The above-captioned action is hereby dismissed in its entirety with prejudice as to Plaintiffs' individual claims, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii); and

2. The Parties are to bear their own fees and costs.

**IT IS SO ORDERED.**

Dated: October 22, 2018

JOSEPHINE L. STATON
Hon. Josephine L. Staton
United States District Judge

ORDER GRANTING STIPULATION TO DISMISS ACTION WITH PREJUDICE